UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-137 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTANEZ HOSKINS,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-137 MJD

Defendant Name

MARTANEZ HOSKINS

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Erica MacDonald

Dated: February 27, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Jeffrey S. Paulsen
BY: Jeffrey S. Paulsen
Assistant U.S. Attorney