FILED BY CLERK OF COURT

RECEIVED
JUN 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Martanez Fitzgerald Hoskins

Docket No. 0:00CR00137-002(MJD)

## HEARING WAIVER

I, Martanez Fitzgerald Hoskins, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

Signed: Martanez Hoskins

Martanez Fitzgerald Hoskins

Dated: 5/30/08

Witness: [signature], Case Mgr

SCANNED
JUN 1 2008
U.S. DISTRICT COURT